IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JERRY DALE WIDNER, PRO SE, <br> also known as JERRY WIDNER, <br> also known as BEETLEJUICE, <br> TDCJ-CID No. 1348765, <br> Previous TDCJ-CID No. 404262, <br> Previous TDCJ-CID No. 1173520, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDRA AGUILAR, CO III, <br> JOHN BRADLEY, JR., CO III, <br> TIMOTHY WASHINGTON, Seargent, <br> DENNIS WILSON, Lieutenant, <br> and NFN McDUFFIE, Warden, <br><br> Defendants. | 2:10-CV-0010 |

**ORDER OF DISMISSAL**

Plaintiff JERRY DALE WIDNER, while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendants and has been granted leave to proceed *in forma pauperis*.

On January 22, 2010, a Report and Recommendation was issued by the United States Magistrate Judge analyzing plaintiff's claims and recommending dismissal with prejudice as frivolous and without prejudice for failure to state a claim on which relief can be granted.

Plaintiff filed his Objections on February 2, 2010.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the Objections filed by the plaintiff.

The Court is of the opinion that the objections of the plaintiff should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this Civil Rights Complaint is DISMISSED WITH PREJUDICE AS FRIVOLOUS AND WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

All pending motions are DENIED.

IT IS SO ORDERED.

ENTERED this _____3rd_____ day of February, 2010.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE